THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tracy Drakeford, Appellant.
 
 
 

Appeal From Lancaster County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2007-UP-230
Submitted May 1, 2007  Filed May 15, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia; Tracy Drakeford, of Kershaw; for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, of Columbia; and Solicitor John R. Justice, of Chester; for Respondent.
 
 
 

PER CURIAM: Tracy Drakeford appeals his convictions for attempted armed robbery, discharging a firearm into an occupied vehicle, and possession of a firearm during the commission of a violent crime.  The trial judge sentenced him to ten years imprisonment for attempted armed robbery, ten years for discharging a firearm into an occupied vehicle, and five years for possession of a weapon during the commission of a violent crime.  The sentences were to be served concurrently.
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Drakefords appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED. 
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.